**Order entered July 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00723-CV

**MICHAEL AMEND AND LOWE'S COMPANIES, INC., Appellants**

**V.**

**J.C. PENNEY CORPORATION, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00257-2019**

## ORDER

Before the Court is appellants' July 22, 2019 unopposed first motion for a seven-day extension to file their opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 5, 2019.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE